PER CURIAM. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

McLAUGHLIN and HOUGHTON, JJ., dissenting.

TWINAME, Appellant, v. CULGIN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by John Twiname against Guy W. Culgin and others. H. K. Davis, for appellant. J. A. Arroyo, for respondents. No opinion. Judgment affirmed, with costs, and appeal from decision dismissed. Order filed.

ULLMANN, Appellant, v. SCHULTES, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Katherine Ullmann against John Schultes. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

UNIVERSAL TALKING MACH. MFG. CO., Appellant, v. DUFFY McINERNEY CO., Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by the Universal Talking Machine Manuturing Company against the Duffy McInerney Company. R. Barnett, for appellant. S. Bernheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re VANDERBILT. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of Edward Ward Vanderbilt, an alleged incompetent. No opinion. Motion denied, without costs. See, also, 127 App. Div. 408, 111 N. Y. Supp. 558.

VAUGHN, Appellant, v. GLENS FALLS PORTLAND CEMENT CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Albert A. Vaughn against the Glens Falls Portland Cement Company. No opinion. Order (59 Misc. Rep. 230, 112 N. Y. Supp. 240) affirmed, with $10 costs and disbursements.

In re VOGEL. (Supreme Court, Appellate Division, First Department. April 16, 1909.) In the matter of Minnie H. Vogel. No opinion. Motion denied on terms stated in order. Order filed.

In re VOGEL. (Supreme Court, Appellate Division, First Department. April 30, 1909.) In the matter of Minnie H. Vogel, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WALHEIMER v. BIANCHI et al. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by George Walheimer against William Bianchi and others.

No opinion. Motion denied, with $10 costs. Order filed.

WARDEN, Respondent, v. MURRAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Irene Warden, an infant, by William E. Warden, her guardian ad litem, against Patrick J. Murray and David J. Stewart, copartners, etc., and the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

WEGNER, Respondent, v. VANDERPOEL, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Eugene Wegner against Wiliam Vanderpoel. E. C. Morse, for appellant. F. B. Maerkle, for respondent.

PER CURIAM. Order modified, by limiting the examination of the defendant to the question as to the ownership of the machine, the person in charge, and his relation to the defendant, and as so modified, affirmed, without costs. Settle order on notice.

WELCKE et al., Respondents, v. TRAGESER, Appellant (two cases). (Supreme Court, Appellate Division, First Department. April 8, 1909.) Actions by Adelheld Welcke and others against William C. Trageser. R. K. Walton, for appellant. J. H. Hayes, for respondents. No opinion. Orders affirmed. Orders filed. See, also, 116 N. Y. Supp. 161, 166.

WELD et al., Respondents, v. POSTAL TELEGRAPH CABLE CO., Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Stephen M. Weld and others against the Postal Telegraph Cable Company. A. G. Fox, for appellant. H. W. Taft, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

WEYAND et al., Appellants, v. RANDALL et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Henry Weyand and another against Frederick G. Randall and others. No opinion. Motion denied, without costs. See, also, 115 N. Y. Supp. 279.

WIEBALK, Respondent, v. WOLF, Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Claus H. Wiebalk against George Wolf. No opinion. Appeal from order of the Municipal Court dismissed, with $10 costs and disbursements, on the ground that no statutory authority exists for the appeal.

WILDMAN, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, First Department. April 23, 1909.) Action by Joseph E. Wildman against Frank C. Jones, as executor. J. H. Hazelton, for appellant. C. C.